**Houston DONALDSON, Claimant– Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent– Cross Appellant.**

**No. 2004–7108, 2004–7109.**

United States Court of Appeals, Federal Circuit.

April 3, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).